UTICA,
Aug. 1828.

Douw
v.
Burt.

LA FARGE *vs.* CARRIER & FULLER.

MOTION to set aside a plea. The defendants, on the 17th day of May, during the last term, severally obtained discharges as insolvent debtors. The cause was noticed for trial, and on the first day of the circuit, (5th June,) the defendants plead their discharges, *puis darrein continuance,* without verifying the plea by affidavit. The plaintiff objected that the plea came too late, and, at all events, that it should be verified. The circuit judge received the plea, and a motion is now made to set it aside, for the above causes.

*An insolvent discharge, obtained during term, (17th May,) may be plead puis darrein, at the circuit (5th June) the delay not being unreasonable; and may be received without being verified, in the discretion of the judge.*

*I. Clarke,* for plaintiff.

*G. C. Sherman,* for defendants.

*By the Court,* SAVAGE, C. J. The plea was put in in season. There was no unreasonable delay. (2 *Johns. R.* 294.) The judge at the circuit had a discretion to receive the plea, without its being verified by affidavit, if he had reason to believe it was true. (9 *Johns. R.* 251.)

Motion denied.

———————

DOUW *vs.* BURT.

MOTION to issue a new execution; the execution issued in the cause having been accidentally lost, after a levy and sale of real estate.

*The Court* denied the motion, notice of the application not having been given to the defendant; the court saying, that leave to issue a new execution, in such a case, is never granted but upon notice.

*Leave to issue a new execution, where the first is lost, after levy and sale, will not be granted, but upon notice to the defendant.*